AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>Osmar Lorenzo-Genchi<br><br>*Defendant(s)* | Case No. 8:25MJ368 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 10, 2025** in the county of **Douglas** in the _____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:111(a)(1) & (b)<br>18:1361 | Ct. I: Assaulting, resisting, or impeding officer involving use of deadly or dangerous weapon<br><br>Ct. II: Willfully Injuring or committing any depredation against any property of the United States in excess of $1,000.00<br><br>See Attached for Offense Descriptions |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Temperly, HSI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: June 12, 2025

*Judge's signature*

City and state: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge
*Printed name and title*

Ct. I: Defendant did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers, individuals designated in 18 U.S.C. § 1114, who were engaged in and on account of their official duties, said acts involving the use of a deadly or dangerous weapon.

Ct. II: Defendant willfully and by means of destruction did injure and commit a depredation against property of the United States and any department or agency thereof, specifically damaging government vehicles and the resulting damage was in excess of $1,000.00.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSMAR LORENZO-GENCHI,<br><br>Defendant. | 8:25MJ368 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
### FOR THE ARREST OF OSMAR LORENZO-GENCHI

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Titles 8, 18, 19 (Customs), and 42 of the United States Code.

2. The information contained in this affidavit is based on my training and experience, my actual knowledge of this investigation, as well as information obtained from other law enforcement officers involved in the investigation.

### PROBABLE CAUSE

3. On Tuesday, June 10, 2025, your Affiant, other Special Agents, and Immigration Officers, encountered an individual, later identified as **Osmar LORENZO-GENCHI**, DOB: 04/14/2005, at Glenn Valley Foods, located at 6824 J Street, Omaha, Nebraska 68117, in the District of Nebraska, during the service of a civil search warrant.

1

4. During the initial containment of the employees of Glenn Valley Foods, Special Agents and Immigration Officers searched the facility for any individuals who were attempting to conceal themselves from law enforcement within the facility. During this search, HSI Special Agents encountered **LORENZO-GENCHI** in the production area of the business. Upon noticing the presence of law enforcement, **LORENZO-GENCHI** became immediately agitated and began raising both of his arms with middle fingers extended while shouting profanities and racial slurs at the law enforcement officers. Due to his aggressive behavior, **LORENZO-GENCHI** was secured in hand restraints while containment operations continued.

5. After all employees were accounted for, HSI Special Agents began interviewing employees and collecting their biometrics to determine alienage and authorization to legally work in the United States. **LORENZO-GENCHI** was identified through this process as a United States citizen. His name was logged as being lawfully present during the warrant, his photograph was taken, and he was escorted off the property and released.

6. After HSI Special Agents completed the identification and alienage determinations for all employees, a law enforcement vehicle driven by a Deputy United States Marshal (DUSM) and occupied by two other DUSMs attempted to leave the area eastbound on J Street. Several members of the public attempted to impede the movement of the vehicle by standing in the street directly in front of the vehicle and continuing to move in front of the vehicle as it attempted to maneuver around them. One of these subjects was **LORENZO-GENCHI.**

7. DUSMs stopped the vehicle and disembarked to attempt to move the pedestrians from the roadway. A DUSM approached **LORENZO-GENCHI** and pushed him toward the edge of the roadway. **LORENZO-GENCHI** immediately returned to the roadway and struck the driver's side mirror of the law enforcement vehicle with his fists, which caused damage.

8. As the law enforcement vehicle again attempted to leave the area, **LORENZO-GENCHI** approached from the rear of the law enforcement vehicle and grabbed the rear windshield wiper. **LORENZO-GENCHI** pulled on the wiper and forcibly bent it, damaging it to the point where it no longer functioned. DUSM grabbed **LORENZO-GENCHI** and pushed him away from their vehicle. **LORENZO-GENCHI** turned around and spit on the DUSM, hitting the DUSM in the chest.

9. **LORENZO-GENCHI** walked west, away from the DUSM, and toward the other Federal Law Enforcement who were leaving the area. **LORENZO-GENCHI** began picking up rocks and other debris and throwing them at law enforcement vehicles. Your Affiant observed **LORENZO-GENCHI** walk along the north side of J Street and throw at least seven objects at law enforcement vehicles. One such object was thrown at the rear passenger side window of an occupied law enforcement vehicle. This object shattered the window. Law enforcement from this vehicle and other vehicles exited their vehicles in the attempt to apprehend **LORENZO-GENCHI**. However, due to a growing crowd of disgruntled individuals, it was not safe to attempt apprehension at that time.

10. Based on these facts, your Affiant has reason to believe Osmar **LORENZO-GENCHI** knowingly and intentionally assaulted, resisted, opposed, impeded, intimidated, and interfered with federal law enforcement officers while they were

3

performing their official duties, said act involved the use of a deadly or dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b). Additionally, your Affiant believes **LORENZO-GENCHI** caused damage to property of the United States in violation of Title 18, United States Code, Sections 1361 in excess of $1,000.00. Your Affiant declares under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of his knowledge and belief.

Justin Temperly
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me by telephone or other reliable electronic means on this 12th day of June 2025.

RYAN C. CARSON
United States Magistrate Judge

4