IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25MJ368 |
| vs. | MOTION FOR STAY AND REVOCATION OF RELEASE ORDER |
| OSMAR LORENZO-GENCHI, | |
| Defendant. | |

COMES NOW, the United States of America, by and through the undersigned Attorney, and the United States Attorney for the District of Nebraska, and respectfully moves this Court, first, to stay an order by the Magistrate Judge releasing the defendant (Filing 17), and second, to review and revoke the Magistrate Judge's order releasing that defendant. In support whereof, the government states as follows:

1) The evidence presented at the detention hearing, including the affidavit offered in support of the criminal complaint (Filing 1), the video (Ex. 3 and 4), and testimony of Special Agent Justin Temperly demonstrate that the defendant, OSMAR LORENZO-GENCHI (hereafter "Genchi"), presents a great danger of risk to the public. Probable case has been established that the defendant was engaged in crimes. Even absent that probable cause, the evidence shows he presents a great risk of danger to the public.

2) The Bail Reform Act governs the release and detention of defendants awaiting trial. 18 U.S.C. § 3142.

3) Despite the danger posed by Genchi, and the presumption that he should be detained, the Magistrate Judge ordered that Genchi be released. (Filing 17) The government may appeal an order of release and request that the District Court revoke the order of release. 18 U.S.C. § 3145(a)(1). The motion requires prompt resolution by the District Court. *Id. United States v. Maull*, 773 F.2d 1479, 1481 (8th Cir. 1985); NE Crim. R. 46.2(c). The District Court is to make a *de novo* review of the order of release. *Id.* For the District Court to conduct it's *de novo* review, an emergency stay of the release order is necessary.

4) The government will be filing a brief in support of the motion to revoke the release order on or before June 20, 2025.

For the above-stated reasons, the government respectfully requests that the Court enter an emergency stay of the release order (Filing 17), and after a *de novo* review of the facts of this case, revoke the order of release and order that the defendant be detained. The government will be filing a brief in support of the motion for revocation of the release order.

Respectfully submitted,

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:   s/Kimberly C. Bunjer
KIMBERLY C. BUNJER #20962
Assistant United States Attorney
United States Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
kim.bunjer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

s/Kimberly C. Bunjer
KIMBERLY C. BUNJER
Assistant United States Attorney